# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PATRICIA J. GREVE | § | Case No. 17-82799 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/28/2017 . The undersigned trustee was appointed on 11/28/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $   12,380.17

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 60.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 12,320.17 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/13/2018 and the deadline for filing governmental claims was 07/13/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,908.77 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,908.77 , for a total compensation of $ 1,908.77 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 3.85 , for total expenses of $ 3.85 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/08/2019                    By: /s/BERNARD J. NATALE, TRUSTEE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-82799 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | PATRICIA J. GREVE | | | | Date Filed (f) or Converted (c): | 11/28/2017 (f) |
| | | | | | 341(a) Meeting Date: | 01/16/2018 |
| For Period Ending: | 01/08/2019 | | | | Claims Bar Date: | 07/13/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2013 Chevrolet Impala Mileage: 69,000 | 9,975.00 | 9,975.00 | | 0.00 | FA |
| 2. Household Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Tv's, Cellphone, Amplifier, Tablet, Printer, Record Player | 400.00 | 0.00 | | 0.00 | FA |
| 4. Stained Glass Window, Figurine Collection | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Treadmill, Stationary Bike, 2 Bicycles | 125.00 | 0.00 | | 0.00 | FA |
| 6. Sewing Machine And Craft Items | 100.00 | 0.00 | | 0.00 | FA |
| 7. Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 8. Costume Jewelry | 20.00 | 0.00 | | 0.00 | FA |
| 9. 1 Cat | 0.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 10.00 | 0.00 | | 0.00 | FA |
| 11. Alpine Bank | 18.00 | 0.00 | | 0.00 | FA |
| 12. Bmo Harris Bank | 283.00 | 0.00 | | 0.00 | FA |
| 13. American Funds | 17,546.76 | 0.00 | | 0.00 | FA |
| 14. Current Landlord | 650.00 | 0.00 | | 0.00 | FA |
| 15. 2017 Tax Refund Federal | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2017 Tax Refund State | 0.00 | 0.00 | | 0.00 | FA |
| 17. Thrivent Financial | 22.32 | 0.00 | | 0.00 | FA |
| 18. Inheritance from Estates of Parents (u) | Unknown | 1.00 | | 12,380.17 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $31,850.08        $9,976.00                $12,380.17        $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

4/26/2018 CASE REOPENED WHEN TRUSTEE LEARNED OF INHERITANCE WITHIN 6 MONTHS OF CASE FILING. PROBATE ESTATE OPENED. PROBATE ATTORNEY ADVISED OF TRUSTEE'S INTEREST ON BEHALF OF DEBTOR.

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2018　　　Current Projected Date of Final Report (TFR): 12/31/2020

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 17-82799 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: PATRICIA J. GREVE | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX8996 |
| | | Checking |
| Taxpayer ID No: XX-XXX0039 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: 01/08/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/18 | 18 | Thrivent Financial | Inheritance | 1249-000 | $2,741.89 | | $2,741.89 |
| 07/09/18 | 18 | Joann Dollman Tr, Pamela Palmer Trustee<br>7511 Dunham Rd<br>Union, IL 60180-9769 | Life Insurance Proceeds<br>1/5 Share form Charles W Dollman Life Insurance Proceeds | 1249-000 | $1,638.28 | | $4,380.17 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,370.17 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,360.17 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,350.17 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,340.17 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,330.17 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,320.17 |
| 12/11/18 | | Transfer to Acct # xxxxxx0058 | Transfer of Funds | 9999-000 | | $4,320.17 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,380.17 | $4,380.17 |
| Less: Bank Transfers/CD's | $0.00 | $4,320.17 |
| Subtotal | $4,380.17 | $60.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,380.17 | $60.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*           Page Subtotals:           $4,380.17           $4,380.17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 17-82799 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | PATRICIA J. GREVE | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0058 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0039 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 01/08/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/18 | | Transfer from Acct # xxxxxx8996 | Transfer of Funds | 9999-000 | $4,320.17 | | $4,320.17 |
| 12/19/18 | 18 | Charles W Dollman Trust<br>7511 Dunham Rd<br>Union, IL 60180-9769 | Inheritance | 1249-000 | $8,000.00 | | $12,320.17 |

|   |   |
|---|---|
| COLUMN TOTALS | $12,320.17 | $0.00 |
| Less: Bank Transfers/CD's | $4,320.17 | $0.00 |
| Subtotal | $8,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $12,320.17    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0058 - Checking | $8,000.00 | $0.00 | $12,320.17 |
| XXXXXX8996 - Checking | $4,380.17 | $60.00 | $0.00 |
|  | $12,380.17 | $60.00 | $12,320.17 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,380.17 |
| Total Gross Receipts: | $12,380.17 |

## Exhibit C - Analysis of Claims Register

### Case: 17-82799-TML PATRICIA J. GREVE

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | 100 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107<br><2100-00 Trustee Compensation> | 1,908.77 | 1,908.77 | 0.00 | 1,908.77 | 1,908.77 |
| TRTEEXP | | 100 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107<br><2200-00 Trustee Expenses> | 3.85 | 3.85 | 0.00 | 3.85 | 3.85 |
| ATTYEXP | | 100 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)> | 22.97 | 22.97 | 0.00 | 22.97 | 22.97 |
| ATTYFEES | | 100 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | 2,240.00 | 2,240.00 | 0.00 | 2,240.00 | 2,240.00 |
| | | | **Total for Priority 100   100.00 % Paid** | **4,175.59** | **4,175.59** | **0.00** | **4,175.59** | **4,175.59** |
| | | | **Total for Ch. 7 Admin Claims:** | **4,175.59** | **4,175.59** | **0.00** | **4,175.59** | **4,175.59** |

### Unsecured Claims

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 05/03/18 | 300 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083<br><7100-00 General Unsecured 726(a)(2)> | 836.54 | 836.54 | 0.00 | 836.54 | 836.54 |
| 2 | 06/28/18 | 300 | Pyod, Llc As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602<br><7100-00 General Unsecured 726(a)(2)> | 757.15 | 757.15 | 0.00 | 757.15 | 757.15 |
| 3 | 07/05/18 | 300 | Quantum3 Group LLC<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788<br><7100-00 General Unsecured 726(a)(2)> | 2,012.70 | 2,012.70 | 0.00 | 2,012.70 | 2,012.70 |
| | | | **Total for Priority 300   101.81 % Paid** | **3,606.39** | **3,606.39** | **0.00** | **3,606.39** | **3,606.39** |
| 4 | 08/08/18 | 350 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41031<br>Norfolk Va 23541 | 682.69 | 682.69 | 0.00 | 682.69 | 682.69 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 8)*
(*) Denotes objection to Amount Filed

# Exhibit C - Analysis of Claims Register
## Case: 17-82799-TML PATRICIA J. GREVE

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | <7200-00 Tardy General Unsecured 726(a)(3)> | | | | | |
| 5 | 08/08/18 | 350 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41031<br>Norfolk Va 23541 | 1,099.91 | 1,099.91 | 0.00 | 1,099.91 | 1,099.91 |
| | | | <7200-00 Tardy General Unsecured 726(a)(3)> | | | | | |
| 6 | 08/08/18 | 350 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41031<br>Norfolk Va 23541 | 572.35 | 572.35 | 0.00 | 572.35 | 572.35 |
| | | | <7200-00 Tardy General Unsecured 726(a)(3)> | | | | | |
| 7 | 08/08/18 | 350 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41031<br>Norfolk Va 23541 | 783.83 | 783.83 | 0.00 | 783.83 | 783.83 |
| | | | <7200-00 Tardy General Unsecured 726(a)(3)> | | | | | |
| 8 | 08/08/18 | 350 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41031<br>Norfolk Va 23541 | 476.44 | 476.44 | 0.00 | 476.44 | 476.44 |
| | | | <7200-00 Tardy General Unsecured 726(a)(3)> | | | | | |
| | | | **Total for Priority 350  101.81 % Paid** | 3,615.22 | 3,615.22 | 0.00 | 3,615.22 | 3,615.22 |
| | | | **Total for Unsecured Claims:** | 7,221.61 | 7,221.61 | 0.00 | 7,221.61 | 7,221.61 |

### Secured Claims

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | 999 | PATRICIA J. GREVE<br>3936 ROCKTON AVENUE<br>ROCKFORD, IL 61103 | 792.51 | 792.51 | 0.00 | 792.51 | 792.51 |
| | | | <8200-00 Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners)> | | | | | |
| | | | **Total for Priority 999  100.00 % Paid** | 792.51 | 792.51 | 0.00 | 792.51 | 792.51 |
| | | | **Total for Secured Claims:** | 792.51 | 792.51 | 0.00 | 792.51 | 792.51 |

### Interest Claims

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1i | 05/03/18 | 640 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | 15.11 | 15.11 | 0.00 | 15.11 | 15.11 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 2i | 06/28/18 | 640 | Pyod, Llc As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | 13.68 | 13.68 | 0.00 | 13.68 | 13.68 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 3i | 07/05/18 | 640 | Quantum3 Group LLC<br>Comenity Bank<br>Po Box 788 | 36.36 | 36.36 | 0.00 | 36.36 | 36.36 |

## Exhibit C - Analysis of Claims Register
### Case: 17-82799-TML PATRICIA J. GREVE

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | Kirkland, Wa 98083-0788 | | | | | |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 4i | 08/08/18 | 640 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41031<br>Norfolk Va 23541 | 12.33 | 12.33 | 0.00 | 12.33 | 12.33 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 5i | 08/08/18 | 640 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41031<br>Norfolk Va 23541 | 19.87 | 19.87 | 0.00 | 19.87 | 19.87 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 6i | 08/08/18 | 640 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41031<br>Norfolk Va 23541 | 10.34 | 10.34 | 0.00 | 10.34 | 10.34 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 7i | 08/08/18 | 640 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41031<br>Norfolk Va 23541 | 14.16 | 14.16 | 0.00 | 14.16 | 14.16 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 8i | 08/08/18 | 640 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41031<br>Norfolk Va 23541 | 8.61 | 8.61 | 0.00 | 8.61 | 8.61 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| | | | **Total for Priority 640   100.00 % Paid** | 130.46 | 130.46 | 0.00 | 130.46 | 130.46 |
| | | | **Total for Interest Claims:** | 130.46 | 130.46 | 0.00 | 130.46 | 130.46 |
| | | | **Total for Case:** | 12,189.71 | 12,189.71 | 0.00 | 12,189.71 | 12,320.17 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-82799
Case Name: PATRICIA J. GREVE
Trustee Name: BERNARD J. NATALE, TRUSTEE

      Balance on hand      $      12,320.17

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE LTD | $ 1,908.77 | $ 0.00 | $ 1,908.77 |
| Trustee Expenses: BERNARD J. NATALE LTD | $ 3.85 | $ 0.00 | $ 3.85 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 2,240.00 | $ 0.00 | $ 2,240.00 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 22.97 | $ 0.00 | $ 22.97 |

    Total to be paid for chapter 7 administrative expenses      $     4,175.59

    Remaining Balance      $     8,144.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,606.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (Usa), N.A. | $ 836.54 | $ 0.00 | $ 836.54 |
| 2 | Pyod, Llc As Assignee | $ 757.15 | $ 0.00 | $ 757.15 |
| 3 | Quantum3 Group LLC | $ 2,012.70 | $ 0.00 | $ 2,012.70 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 3,606.39 |
| Remaining Balance | $ | 4,538.19 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,615.22 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Synchrony Bank | $ 682.69 | $ 0.00 | $ 682.69 |
| 5 | Synchrony Bank | $ 1,099.91 | $ 0.00 | $ 1,099.91 |
| 6 | Synchrony Bank | $ 572.35 | $ 0.00 | $ 572.35 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Synchrony Bank | $ 783.83 | $ 0.00 | $ 783.83 |
| 8 | Synchrony Bank | $ 476.44 | $ 0.00 | $ 476.44 |
| | Total to be paid to tardy general unsecured creditors | | | $ 3,615.22 |
| | Remaining Balance | | | $ 922.97 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 1.6 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 130.46 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 792.51 .